IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DOYLE KENT TERRY,              )
                               )
          Petitioner,          )
                               )
     v.                        )    1:24CV385
                               )
STATE OF NORTH CAROLINA,       )
                               )
          Respondent.          )
```

### ORDER

On July 14, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Petitioner Doyle Kent Terry filed objections within the time limits prescribed by section 636. (Doc. 11.) Defendant filed a response to Petitioner's objections. (Doc. 12.)

Though Petitioner's objections are general and require no de novo review, the court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss (Doc. 5) is GRANTED. The Petition (Doc. 1) is dismissed, and this action is DISMISSED. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting

the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                                          /s/   Thomas D. Schroeder
                                          United States District Judge

September 2, 2025